## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00870-RM-KMT

TINA SOLIS,

      Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INCORPORATED, a Minnesota corporation,

      Defendant.

___

PLAINTIFF'S UNOPPOSED MOTION TO CORRECT THE NAME
OF THE DEFENDANT AND THE CASE CAPTION

___

    COMES NOW the Plaintiff, by and through her counsel of record and in support of this Motion states:

    1.    The name of the Defendant has changed. The correct name of the Defendant is now Integrity Solution Services, Inc., a Missouri corporation.

    2.    The Plaintiff requests that the Court enter an Order changing the name of the Defendant in this case to – Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation and Order that the case caption reflect the correct name of the Defendant in this case - Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation.

    3.    **CERTIFICATE OF CONFERRAL.** Plaintiff's counsel has conferred with Defendant's counsel regarding the relief requested in this Motion and has

been informed that the Defendant does not oppose the relief requested in this Motion.

WHEREFORE for good cause shown the Plaintiff requests that the Court enter an Order changing the name of the Defendant in this case to – Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation and Order that the case caption reflect the correct name of the Defendant in this case - Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation.

Dated: May 8, 2013.

Respectfully submitted,

_s/ David M. Larson_____
David M. Larson, Esq.
88 Inverness Circle East, Suite I-101
Englewood, CO 80112
(303) 799-6895
Attorney for the Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2013, I electronically filed the foregoing Plaintiff's Unopposed Motion to Correct the Name of the Defendant and the Case Caption with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

swienczkowski@alp-pc.com

___s/ David M. Larson_____

2