IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00870-RM-KMT

TINA SOLIS,

      Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,
f/k/a PINNACLE FINANCIAL GROUP, INCORPORATED, a Minnesota corporation,

      Defendant.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CORRECT
THE   NAME OF THE DEFENDANT AND THE CASE CAPTION (CM/ECF # 9)**

_____


THE COURT, having reviewed the Plaintiff's Unopposed Motion to Correct the Name

of the Defendant and the Case Caption and being fully advised in the premises, DOES HEREBY

ORDER that the name of the Defendant in this case is changed to Integrity Solution Services,

Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota

corporation and the case caption is changed to reflect the correct name of the Defendant in this

case - Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group,

Incorporated, a Minnesota corporation.

IT IS HEREBY ORDERED that based on the foregoing, Plaintiff's Unopposed Motion to

Correct the Name of the Defendant and the Case Caption (ECF NO 9) is GRANTED.

                    BY THE COURT:

5/13/2013_____      _____
DATE                            U.S. DISTRICT JUDGE