IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

| | |
|---|---|
| Civil Action: 13-cv-00870-RM-KMT | FTR - Reporter Deck - Courtroom C201 |
| Date: March 24, 2014 | Courtroom Deputy:  Laura Galera |

*Parties:*                                                      *Counsel:*

ERICA SOLIS,                                              David Larson

     Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC.,            Joseph Lico

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**
**Court in Session:  2:01 p.m.**

Court calls case. Appearance of counsel.

Opening remarks by the Court regarding Motion to File First Amended Complaint and Jury Demand #[40].

Argument by counsel as to Defendant's Motion for Protective Order #[43].

For the reasons as stated on the record it is:

**ORDERED:**  Motion to File First Amended Complaint and Jury Demand #[40] is **GRANTED**.  The Amended Complaint is accepted for filing.

**ORDERED:**  Defendant to file an answer or other responsive pleading to the Amended Complaint on or before **April 7, 2014.**

**ORDERED:**  All supplemental responses which are occasioned by the filing of the First Amended Complaint are due **no later than April 28, 2014.**

**ORDERED**:  Discovery Deadline is extended to **May 30, 2014.**

**ORDERED:**  Dispositive Motion Deadline is extended to **June 30, 2014.**

**FINAL PRETRIAL CONFERENCE set for August 28, 2014 at 10:00 a.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The Final Pretrial Conference will be held telephonically. The parties shall initiate a conference call and contact chambers at (303) 335-2780 at the time of the Final Pretrial Conference.

**ORDERED:**  Defendant's Motion for Protective Order #[43] is **GRANTED IN PART AND DENIED IN PART** as stated more fully on the record.  Defendant withdraws from consideration the specific objections to deposition topics numbered 9-12, 14-20, 115 and 116.  The motion is GRANTED as to objections to topics 25-28, 102 (except as noted herein), 109 and 111.  The motion is DENIED as to objections to topics 110, 112 and 113.

**ORDERED**:  On or before **April 28, 2014**, Defendant shall provide to plaintiff data base information retained by the Defendant for all matters set forth in Plaintiff's topic number 102 requesting information about complaints, lawsuits and similar occurrences for the time period December 19, 2012 to April 4, 2013. The plaintiff is allowed to question the Rule 30(b)(6) witness as to the data base information, however the deponent will not be charged with knowing details concerning each of the disclosed matters set forth in the data base information provided.

HEARING CONCLUDED.
**Court in recess:     3:36 p.m.**
Time In Court:        01:35 minutes

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.