**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00870-RM-KMT

ERICA SOLIS,

      Plaintiff,

v.

INTEGRITY SOLUTION SREVICES, INC., a Missouri corporation,
f/k/a PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT IN FAVOR
OF THE PLAINTIFF AND AGAINST THE DEFENDANT**

---

The Court, having reviewed the Stipulated Motion for Entry of Judgment in favor of the Plaintiff and against the Defendant (ECF No. 70) and being fully advised, DOES HEREBY ORDER that the Motion is GRANTED, the Clerk of the Court shall enter Judgment in favor of the Plaintiff Erica Solis and against the Defendant Integrity Solution Services, Inc. in the total amount of $25,000.00, inclusive of Plaintiff's attorney's fees and costs to date.

Plaintiff's Motion for Attorney's Fees (ECF No. 62) is DENIED as Moot.

DATED this 9th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge